■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A: CHARLES E. BASSETTE. [668 NYS2d 88] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See*, 230 AD2d 366.]

■ In the Matter of FRANK D. SCHARF (Admitted as FRANK DAVID SCHARF), a Suspended Attorney. [668 NYS2d 89] —Motion granted and petitioner reinstated as an attorney and counsel-at-law in the State of New York effective immediately. No opinion. Concur—Sullivan, J. P., Rosenberger, Rubin, Williams and Mazzarelli, JJ.